**TECHNICAL WITTS, INC.,**
Plaintiff–Appellant,

v.

**SKYNET ELECTRONIC CO., LTD.**
and Skynet Electronic Corporation,
Defendants–Appellees,

and

Silicon Valley World Trade Corporation (doing business as American Skynet Company) and Advanced Technical Sales, Inc. (doing business as ATS, Inc. and also known as Tradewise), Defendants–Appellees.

No. 2010–1333.

United States Court of Appeals,
Federal Circuit.

Oct. 27, 2010.

ON MOTION

*ORDER*

Upon consideration of the parties' "joint motion to dismiss appeal and remand," which the court treats as a motion to remand * this case, *Technical Witts, Inc. v. Skynet Electronic Co., Ltd.,* to the United States District Court for the District of Arizona, case no. 04–CV–2025, for further proceedings consistent with the settlement agreement reached by the parties,

IT IS ORDERED THAT:

---

\* The court cannot both dismiss and remand. A remand is necessary to return jurisdiction to

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

the District Court to consider the parties' motion to vacate.